# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE TENTH CIRCUIT

---

| | |
|---|---|
| IN RE UTE MESA LOT 1, LLC, a Colorado limited liablity corporation,<br><br>Debtor. | BAP No. CO-11-034 |
| UTE MESA LOT 1, LLC,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>FIRST CITIZENS BANK & TRUST COMPANY and UNITED WESTERN BANK,<br><br>Defendants - Appellees. | Bankr. No. 10-30620<br>Adv. No. 11-01204<br>Chapter 11<br><br>ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT<br><br>July 6, 2011 |

---

The matter before the Court is the Election to Have Appeal Heard by United States District Court ("Election") filed by First Citizens Bank & Trust Company ("Appellee") on July 6, 2011. In the Election, Appellee has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

   (3) This Court's record is transmitted to the United States Bankruptcy Court.

          For the Panel:
          Blaine F. Bates, Clerk of Court

         By:

         */s/ Gregory Wright*

         Gregory Wright
         Deputy Clerk