**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UTE MESA LOT 1, LLC, a Colorado limited liability company ) ) | Civil Action No. 11-cv-01786-AP |
| Appellant ) | |
| ) | ON APPEAL FROM THE |
| v. ) | U.S. BANKRUPTCY COURT |
| ) | DISTRICT OF COLORADO |
| FIRST-CITIZENS BANK & TRUST ) COMPANY, UNITED WESTERN BANK ) | |
| Appellee ) ) | |

**ORDER GRANTING**
**APPELLANT'S OPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

THIS MATTER comes before the Court on Appellant Ute Mesa Lot 1, LLC's Opposed Motion to Modify Briefing Schedule, and the Court, being fully advised in the premises,

HEREBY ORDERS that the briefing schedule in the above captioned matter is modified as follows:

1. Appellant Ute Mesa shall file its Opening Brief on August 25, 2011.

2. Appellees First-Citizens Bank & Trust Company and United Western Bank shall file their Response Brief on or before September 23, 2011.

3. Appellant Ute Mesa shall file its Reply Brief on or before October 7, 2011.

DATED THIS 24th day of August, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. District Court Judge

184837